## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GEORGE GUTHRIE,
ADC #163208                                                                    PLAINTIFF

v.                             4:16CV00611-SWW-JTK

KING, et al.                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 27th day of October, 2016.

                                                         /s/Susan Webber Wright
                                                         UNITED STATES DISTRICT JUDGE